UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES C. DeBOSER                                                                    PLAINTIFF

V.                          Case No. 1:06cv00068-BD

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                      DEFENDANT

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff James C. DeBoser.

DATED this 5th day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE